**Cary R. Cadonau**, OSB #002245
ccadonau@brownsteinrask.com
BROWNSTEIN RASK LLP
1200 S.W. Main Street
Portland, Oregon 97205
Telephone: (503) 221-1772
Fax: (503) 221-1074
    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. UNION LOCAL NO. 290 PLUMBER, STEAMFITTER AND SHIPFITTER INDUSTRY PENSION TRUST, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MILL CREEK PLUMBING AND MECHANICAL LLC,<br><br>    Defendant. | Civil No. 3:18-cv-01128-MO<br><br>**AMENDED NOTICE OF DISMISSAL** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby dismiss this case without prejudice and without an award of attorney fees or costs to any party.

    DATED this 1st day of July 2019.

                                       **BROWNSTEIN RASK, LLP**

                                       /s/ Cary R. Cadonau
                                       Cary R. Cadonau, OSB #002245
                                       Attorney for Plaintiffs

Page 1 – **AMENDED NOTICE OF DISMISSAL**